# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LICEGUARD, LLC )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>BBC FREIGHT LINE, INC. d/b/a ABC DEPOT )<br>LOGISTICS, INC, and SHANGHAI LINE FENG )<br>INT'L TRANSPORTATION CO., LTD. d/b/a )<br>LINE FENG )<br>      Defendants. ) | 1:17-cv-10129-MLW |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with no answer or motion for summary judgment having been filed by Defendants, Plaintiff, LiceGuard, LLC hereby voluntarily dismisses this action in its entirety with prejudice.

                                    LICEGUARD, LLC
                                    By its Attorneys,

                                  */s/ Samuel P. Blatchley*
                                  Samuel P. Blatchley, Esq., BBO#670232
                                  Pierce Atwood, LLP
                                  100 Summer Street, 22nd Floor
                                  Boston, MA 02110
                                  (617) 488-8100
                                  sblatchley@pierceatwood.com

Dated: January 27, 2017

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 27, 2017, I electronically filed the above Notice of Voluntary Dismissal by using the CM/ECF system which will send notification of such filing(s) to all registered participants.

*/s/ Samuel P. Blatchley*
Samuel P. Blatchley
